UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| AT&T CORPORATION,<br><br>                      Plaintiff,<br><br>vs.<br><br>JACKSON UTILITIES, LLC,<br><br>                      Defendant. | Case No. CV-15-039-BU-BMM<br><br>JUDGMENT IN A CIVIL CASE |

     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

     IT IS ORDERED AND ADJUDGED according to the Findings and Fact and Conclusions of Law filed May 24, 2017.

1. The Court hereby renders judgment for AT&T.
2. The Court orders that AT&T recover damages from JU in the sum of $154,356.15.
3. The Court further orders that each party shall bear its own costs and attorney's fee.
4. The Court further orders that AT&T recover from JU post-judgment interest on the full amount of the judgment at the annual rate of 10% accruing from the date that the judgment is entered. Mont. Code Ann. Section 27-1-210. Prejudgment interest is not available because damages were not certain until this judgment. Mont Code Ann. Section 27-1-211.
5. This judgment is final and disposes of all claims and all parties and is appealable.

Dated this 25th day of May, 2017.

        TYLER P. GILMAN, CLERK

        By: /s/ Erica Larson
        Erica Larson, Deputy Clerk